UNITED STATES of America, Plaintiff–Appellee,

v.

Gerardo LIEVANOS, Defendant–Appellant.

No. 05–41471.
Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Decided June 21, 2006.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office Southern Dis-

---

trict of Texas, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Sarah Beth Landau, Philip G. Gallagher, Federal Public Defender's Office Southern District of Texas, Houston, TX, for Defendant–Appellant.

Before STEWART, DENNIS, and OWEN, Circuit Judges.

PER CURIAM: *

Gerardo Lievanos appeals his guilty-plea conviction of possession with intent to distribute more than 500 grams of cocaine. Lievanos argues, for the first time on appeal, that the district court lacked jurisdiction to convict and sentence him because 21 U.S.C. § 841 is unconstitutional under *Apprendi v. New Jersey,* 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000). Lievanos correctly concedes that his arguments are foreclosed by our opinion in *United States v. Slaughter,* 238 F.3d 580, 582 (5th Cir.2000). He raises the issue to preserve it for further review.

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.